UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNY C. GODOWSKI,

   Plaintiff,

v.                                      Case No. 3:16cv354-RV-HTC

CITY OF PENSACOLA, et al.,

   Defendants.
_____/

## ORDER

This cause comes for consideration upon the Magistrate Judge's Report and Recommendation (R&R) dated July 12, 2019. (Doc. 57). The parties have been furnished a copy of the R&R and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The defendant has filed an objection, and I have made a <u>de novo</u> determination of that objection.

Having considered the R&R, and the defendant's objection thereto, I have determined that the R&R should be adopted, with the caveat (as noted in the defendant's objection) that the three references in the R&R to the "City Attorney" should instead read "Assistant State Attorney."

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's R&R is adopted and incorporated by reference in this order, subject to the foregoing correction.

2. Defendant City of Pensacola's Motion for Summary Judgment (doc. 54) is **GRANTED**.

3. Plaintiff's claims against Defendant Bradley Craig are **DISMISSED**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of July, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**